**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
**MAX STEIN,** on behalf of himself and all
other similarly situated consumers**,**

                **Plaintiff,**

                                **1-13-CV-00245-SLT-VMS**

                **-against-**

**REDLINE RECOVERY SERVICES, LLC,**

                **Defendants.**
-----------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(i)

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby stipulates to and gives notice of the dismissal of the above entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members.

Dated:  Brooklyn, New York  
          May 21, 2013

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*